[No. 67006-9-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EDMOND CUMMINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03536-9, Susan J. Craighead, J., entered March 14, 2011. *Dismissed with instructions* by unpublished per curiam opinion.

[No. 67309-2-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KNUTE GREGOR FENSTAD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00294-1, Susan J. Craighead, J., entered June 2, 2011. *Remanded* by unpublished per curiam opinion.

[No. 67348-3-I.   Division One.   June 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. B.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-03425-2, Michael J. Trickey, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ.

[Nos. 67537-1-I; 67538-9-I.   Division One.   June 4, 2012.]

*In the Matter of the Dependency of* A.M.H. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. L.H., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 10-7-04167-1, Palmer Robinson, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Ellington, JJ.